# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-221-TJK |
| **KAEVON SUTTON** | : | |

## MOTION FOR LEAVE TO FILE

Kaevon Sutton, through undersigned counsel respectfully requests this Honorable Court allow him to file his Motion. The timing of the motion is due to the information not previously identified that is the subject of the Motion. The defense requests a hearing later in the week.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ELIZABETH MULLIN
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500